IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| BRIAN R. DEVINE, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HAMPTON, VIRGINIA,<br><br>Defendant. | Civil Action No. 4:14cv81-AWA-LRL |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND JUDICIAL NOTICE**

Plaintiffs filed their Collective and Class Action Complaint on July 2, 2014, alleging violations of Federal and State overtime law(s). By agreement of the parties, Defendant Answered on August 22, 2014 denying that it violated the Fair Labor Standards Act and any state overtime law. The parties have been in contact on multiple occasions and agree that this matter is appropriate for conditional collective action status and judicially approved notice to Putative Plaintiffs. The parties further agree that Putative Plaintiffs all worked for Defendant as non-exempt police officers during some of the relevant time period and all were affected to some degree by the various policies and practices that form the basis of the matters at issue in this litigation. The FLSA collective action mechanism is designed to permit a group of individuals with "common issues of law and fact" to proceed collectively and thus "efficient[ly] resol[ve their claims] in one proceeding." Hoffmann-La Roche Inc. v. Sperling, 493 U.S. 165, 170 (1989).

By agreeing to this conditional certification, Defendant is not agreeing that collective certification will ultimately be appropriate and is not waiving its right to move to decertify the

collective following completion of discovery.

## CONCLUSION

The parties respectfully request the Court enter and approve the Agreed Order and Notice attached as Exhibit 1 to the parties' Motion.

Respectfully submitted,

Brian L. Devine, Individually, and all others similarly situated,

By:_____/s/_____
Harris D. Butler, III, (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
Butler Royals, PLC
140 Virginia Street, Ste 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
Email: harris.butler@butlerroyals.com
       zev.antell@butlerroyals.com

*Attorneys for Plaintiffs*

City of Hampton, Virginia
By:_____/s/_____
Scott W. Kezman, Esquire (VSB No. 36831)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Tel: (757) 624-3008
Fax: (757) 624-3169
Email: swkezman@kaufcan.com

Lola Rodriguez Perkins, Esquire (VSB No. 46431)
Office of the Hampton City Attorney
22 Lincoln Street
Hampton, Virginia 23669
Tel: (757) 727-6127
Fax: (757) 727-6788
E-mail: Lrperkins@hampton.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of December, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Scott W. Kezman, Esquire
    Kaufman & Canoles, P.C.
    150 W. Main Street, Suite 2100
    Norfolk, Virginia  23510-1665
    swkezman@kaufcan.com

    Lola Rodriguez Perkins, Esquire
    Office of the Hampton City Attorney
    22 Lincoln Street
    Hampton, Virginia  23669
    Lrperkins@hampton.gov

      By: /s/Zev H. Antell_____
        Zev H. Antell (VSB No. 74634)
        Butler Royals, PLC
        140 Virginia Street, Suite 302
        Richmond, Virginia 23219
        Tel: (804) 648-4848
        Fax: (804) 237-0413
        Email: zev.antell@butlerroyals.com